UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Eduardo De La Garza, | § | |
| | § | |
| **Plaintiff,** | § | |
| VS. | § | CIVIL ACTION NO. H-04-1844 |
| | § | |
| John E. Potter, Postmaster General, U.S. | § | |
| Postal Service, | § | |
| | § | |
| **Defendant.** | § | |

## MEMORANDUM AND ORDER

On September 29, 2005, this Court granted Plaintiff's motion to abate, pending the decision of the Fifth Circuit Court of Appeals in Appeal No. 04-20693, and dismissed without prejudice Plaintiff's pending motion for summary judgment. The Fifth Circuit has since resolved Appeal No. 04-20693, summarily affirming the decision of Judge Harmon in Civil Action No. H-02-4974. Plaintiff now moves for reconsideration of his motion for summary judgment. The Court hereby **GRANTS** Plaintiff's motion for reconsideration, Docket No. 32, and reinstates Plaintiff's motion for summary judgment, Docket No. 21.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 17th day of October, 2005.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER
SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND
AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT
ONE BY THE COURT.