UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EDUARDO DE LA GARZA, § § § Plaintiff, § VS. § § JOHN POTTER, POSTMASTER § GENERAL, § § Defendant. § § | CIVIL ACTION NO. H-04-1844 |

## MEMORANDUM AND ORDER

Pending before the Court is Plaintiff's unopposed motion for leave to supplement Exhibit A of Plaintiff's affidavit in support of Plaintiff's opposition to Defendant's motion for summary judgment. After reviewing Plaintiff's motion, the Court finds that it should be and hereby is **GRANTED**. The Clerk of the Court is hereby **ORDERED** to enter the supplemental material onto the docket in this cause.

**IT IS SO ORDERED.**

SIGNED at Houston, Texas, on this the 30th day of January, 2006.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.